## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| _____ ) | |
| W.L. and M.L., individually and as ) | |
| parents and next friends of V.L., a ) | |
| minor, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 1:25-cv-00001-MSM-AEM |
| TOWN OF SMITHFIELD, by and ) | |
| through its Treasurer, ROBERT ) | |
| SELTZER, and EILEEN CRUDELE, ) | |
| individually and in her capacity as ) | |
| Director of Special Education ) | |
|     Defendants. ) | |
| _____ ) | |

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Memorandum and Order entered on July 11, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered dismissing plaintiffs' complaint.

<u>It is so ordered</u>.

July 11, 2025                    By the Court:

                               <u>/s/ Hanorah Tyer-Witek</u>
                               Clerk of Court